| HCDistrictclerk.com | PUENTE, WILLFREDO vs. GEOVERA SPECIALTY INSURANCE COMPANY<br>Cause: 201935476    CDI: 7    Court: 011 | 6/21/2019 |
|---|---|---|

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 5/22/2019 | **Court** | 011th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 9)<br>HOUSTON, TX 77002<br>Phone:7133686020 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Debt/Contract - Consumer/DTPA | **JudgeName** | KRISTEN BRAUCHLE HAWKINS |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | 6/17/2019 | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| PUENTE, WILLFREDO | PLAINTIFF - CIVIL | | GERGUIS, MARIA RIZKALLA |
| GEOVERA SPECIALTY INSURANCE COMPANY | DEFENDANT - CIVIL | | THOMPSON, RHONDA JOANN HARDER |
| GEOVERA SPECIALTY INSURANCE COMPANY | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

**EXHIBIT 2**

Office of Harris County District Clerk - Marilyn Burgess                                         Page 2 of 2
Case 4:19-cv-02233   Document 1-2   Filed on 06/21/19 in TXSD   Page 2 of 13

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 6/17/2019 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 6/17/2019 | ANSWER ORIGINAL PETITION | | | 0 | | THOMPSON, RHONDA JOANN HARDER | GEOVERA SPECIALTY INSURANCE COMPANY |
| 6/17/2019 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 5/22/2019 | ORIGINAL PETITION | | | 0 | | GERGUIS, MARIA RIZKALLA | PUENTE, WILLFREDO |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (INSURANCE COMMISSION) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | GEOVERA SPECIALTY INSURANCE COMPANY | 5/22/2019 | 5/23/2019 | 5/30/2019 | | 6/20/2019 | 73628432 | CVC/CTM SVCE BY CERTIFIED MAIL |

1455 OLIVER RD FAIRFIELD CA 94534

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 85757345 | Defendant Geovera Specialty Insurance Company's Original Answer | | 06/17/2019 | 2 |
| 85543815 | Certified Mail Receipt | | 05/28/2019 | 1 |
| 85459038 | Certified Mail Tracking Number (7018 1830 0001 4423 7964) | | 05/23/2019 | 2 |
| 85384431 | Plaintiff's Original Petition | | 05/22/2019 | 22 |
| ·> 85384432 | Case Information Sheet | | 05/22/2019 | 1 |
| ·> 85384433 | Civil Process Request | | 05/22/2019 | 2 |
| ·> 85384434 | Filing letter | | 05/22/2019 | 1 |

CAUSE NO. 201935476

RECEIPT NO.
\*\*\*\*\*\*\*\*\*\*

75.00    CTM
TR # 73628432

PLAINTIFF: PUENTE, WILLFREDO
            vs.
DEFENDANT: GEOVERA SPECIALTY INSURANCE COMPANY

In The   11th
Judicial District Court
of Harris County, Texas
11TH DISTRICT COURT
Houston, TX

CITATION (INSURANCE COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: GEOVERA SPECIALTY INSURANCE COMPANY
    MAY BE SERVED BY SERVING THE TEXAS DEPARTMENT OF INSURANCE
    P O BOX 149104 AUSTIN TEXAS 78714
    FOWARD TO:
    1455  OLIVER RD    FAIRFIELD  CA  94534

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 22nd day of May, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

   This citation was issued on 23rd day of May, 2019, under my hand and seal of said Court.



Issued at request of:
GERGUIS, MARIA RIZKALLA
2211  NORFOLK ST. SUITE 800
HOUSTON, TX  77098
Tel: (713) 655-1405
Bar No.: 24090355

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: HALL, JOSHUA EVERETT   GLH//11237412

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the
                                                                              Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____                        _____

                                      _____ of _____ County, Texas

                                      By _____
_____                                 Deputy
         Affiant

CAUSE NO. 201935476

RECEIPT NO.                                  75.00         CTM
*********                                    TR # 73628432

| | |
|---|---|
| PLAINTIFF: PUENTE, WILLFREDO<br>vs.<br>DEFENDANT: GEOVERA SPECIALTY INSURANCE COMPANY | In The   11th<br>Judicial District Court<br>of Harris County, Texas<br>11TH DISTRICT COURT<br>Houston, TX |

CITATION (INSURANCE COMMISSION)

THE STATE OF TEXAS
County of Harris

TO: GEOVERA SPECIALTY INSURANCE COMPANY
    MAY BE SERVED BY SERVING THE TEXAS DEPARTMENT OF INSURANCE
    P O BOX 149104 AUSTIN TEXAS 78714
    FOWARD TO:
    1455  OLIVER RD    FAIRFIELD  CA   94534

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 22nd day of May, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 23rd day of May, 2019, under my hand and
seal of said Court.



| | |
|---|---|
| Issued at request of:<br>GERGUIS, MARIA RIZKALLA<br>2211  NORFOLK ST. SUITE 800<br>HOUSTON, TX  77098<br>Tel: (713) 655-1405<br>Bar No.: 24090355 | MARILYN BURGESS, District Clerk<br>Harris County, Texas<br>201 Caroline, Houston, Texas 77002<br>(P.O. Box 4651, Houston, Texas 77210)<br>Generated By: HALL, JOSHUA EVERETT   GLH//11237412 |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____            copy(ies) of the
                                                                                     Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____
                                                 _____
                                                 _____ of _____ County, Texas

                                            By _____
_____
       Affiant                                            Deputy



**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, Marilyn Burgess, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office this
5-23-19

**MARILYN BURGESS, DISTRICT CLERK**
**HARRIS COUNTY, TEXAS**

_____ Deputy
Joshua Hall

2019-35476 / Court: 011

5/22/2019 4:24 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 33791745
By: Miaeda Hutchinson
Filed: 5/22/2019 4:24 PM

CAUSE NO. _____

| | | |
|---|---|---|
| WILLFREDO PUENTE, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| GEOVERA SPECIALTY INSURANCE COMPANY, | § | |
| Defendant. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Willfredo Puente ("Mr. Puente"), Plaintiff herein, files this Original Petition against Defendant GeoVera Specialty Insurance Company ("GeoVera") and, in support of his causes of action, would respectfully show the Court the following:

### I.
### THE PARTIES

1. Willfredo Puente is a Texas resident who resides in Harris County, Texas.

2. GeoVera is an insurance company doing business in the State of Texas which may be served through the Texas Department of Insurance, via certified mail, at P. O. Box 149104, Austin, Texas 78714. The Texas Department of Insurance shall then forward the citation to GeoVera Specialty Insurance Company, via certified mail, at 1455 Oliver Rd., Fairfield, California 94534.

### II.
### DISCOVERY

3. This case is intended to be governed by Discovery Level 2.

## III.
## CLAIM FOR RELIEF

4. The damages sought are within the jurisdictional limits of this court. Plaintiff currently seeks monetary relief over $100,000, but not more than $200,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees.

## IV.
## JURISDICTION AND VENUE

5. This court has subject matter jurisdiction of this cause of action because it involves an amount in controversy in excess of the minimum jurisdictional limits of this Court.

6. Venue is proper in Harris County because all or a substantial part of the events or omissions giving rise to the claim occurred in Harris County. TEX. CIV. PRAC & REM CODE § 15.002(a)(1). In particular, the loss at issue occurred in Harris County.

## V.
## FACTUAL BACKGROUND

7. Mr. Puente is a named insured under a property insurance policy issued by GeoVera.

8. On or about October 13, 2018 a storm hit the Houston, Texas area, damaging Mr. Puente's house and other property. Mr. Puente subsequently filed a claim on his insurance policy.

9. Defendant improperly denied and/or underpaid the claim.

10. The adjuster assigned to the claim conducted a substandard investigation and inspection of the property, prepared a report that failed to include all of the damages that were observed during the inspection, and undervalued the damages observed during the inspection.

11. This unreasonable investigation led to the underpayment of Plaintiff's claim.

12. Moreover, GeoVera performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the property.

## VI.
## CAUSES OF ACTION

13. Each of the foregoing paragraphs is incorporated by reference in the following:

**A.** **Breach of Contract**

14. GeoVera had a contract of insurance with Plaintiff. GeoVera breached the terms of that contract by wrongfully denying and/or underpaying the claim and Plaintiff was damaged thereby.

**B.** **Prompt Payment of Claims Statute**

15. The failure of GeoVera to pay for the losses and/or to follow the statutory time guidelines for accepting or denying coverage constitutes a violation of Section 542.051 *et seq.* of the Texas Insurance Code.

16. Plaintiff, therefore, in addition to Plaintiff's claim for damages, is entitled to interest and attorneys' fees as set forth in Section 542.060 of the Texas Insurance Code.

**C.** **Bad Faith**

17. Defendant is required to comply with Chapter 541 of the Texas Insurance Code.

18. Defendant violated Section 541.051 of the Texas Insurance Code by:

    (1) making statements misrepresenting the terms and/or benefits of the policy.

19. Defendant violated Section 541.060 by:

    (1) misrepresenting to Plaintiff a material fact or policy provision relating to coverage at issue;

3

(2) failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability had become reasonably clear;

(3) failing to promptly provide to Plaintiff a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

(4) failing within a reasonable time to affirm or deny coverage of a claim to Plaintiff or submit a reservation of rights to Plaintiff; and

(5) refusing to pay the claim without conducting a reasonable investigation with respect to the claim;

20. Defendant violated Section 541.061 by:

(1) making an untrue statement of material fact;

(2) failing to state a material fact necessary to make other statements made not misleading considering the circumstances under which the statements were made;

(3) making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;

(4) making a material misstatement of law; and

(5) failing to disclose a matter required by law to be disclosed.

21. Defendant's violations of Chapter 541 of the Texas Insurance Code enumerated above caused damages to Plaintiff in at least the amount of policy benefits wrongfully withheld.

22. Defendant knowingly committed the acts complained of. As such, Plaintiff is entitled to exemplary and/or treble damages pursuant to Texas Insurance Code Section 541.152(a)-(b).

**D.    Attorneys' Fees**

23. Plaintiff engaged the undersigned attorney to prosecute this lawsuit against Defendant and agreed to pay reasonable attorneys' fees and expenses through trial and any appeal.

24. Plaintiff is entitled to reasonable and necessary attorney's fees pursuant to Texas Civil Practice and Remedies Code Sections 38.001-38.003 because he is represented by an attorney, presented the claim to Defendant, and Defendant did not tender the just amount owed before the expiration of the 30th day after the claim was presented.

25. Plaintiff further prays that he be awarded all reasonable attorneys' fees incurred in prosecuting his causes of action through trial and any appeal pursuant to Sections 541.152 and 542.060 of the Texas Insurance Code.

## VII.
## CONDITIONS PRECEDENT

26. All conditions precedent to Plaintiff's right to recover have been fully performed, or have been waived by Defendant.

## VIII.
## DISCOVERY REQUESTS

27. Pursuant to Rule 194, you are requested to disclose, within fifty (50) days after service of this request, the information or material described in Rule 194.2(a)-(l).

28. You are also requested to respond to the attached interrogatories, requests for production, and requests for admissions within fifty (50) days, in accordance with the instructions stated therein.

## IX.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Willfredo Puente prays that, upon final hearing of the case, he recover all damages from and against Defendant that may reasonably be established by a preponderance of the evidence, and that Mr. Puente be awarded attorneys' fees through trial and appeal, costs of court, pre-judgment interest, post-judgment interest, and such other and further relief, general or special, at law or in equity, to which Mr. Puente may show himself to be justly entitled.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: /s/ *Maria Gerguis*
Maria Gerguis
TBA No. 24090355
mgerguis@dalyblack.com
Richard D. Daly
TBA No. 00796429
rdaly@dalyblack.com
ecfs@dalyblack.com
2211 Norfolk St., Suite 800
Houston, Texas 77098
713.655.1405—Telephone
713.655.1587—Fax

**ATTORNEYS FOR PLAINTIFF
WILLFREDO PUENTE**

6/17/2019 9:41 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 34413088
By: Carolina Salgado
Filed: 6/17/2019 9:41 AM

CAUSE NO. 2019-35476

| | | |
|---|---|---|
| WILLFREDO PUENTE | § | IN THE DISTRICT COURT OF |
|    Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| GEOVERA SPECIALTY INSURANCE COMPANY, | § | |
| | § | |
|    Defendant. | § | 11TH JUDICIAL DISTRICT |

## DEFENDANT GEOVERA SPECIALTY INSURANCE COMPANY'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant GEOVERA SPECIALTY INSURANCE COMPANY (hereinafter "Defendant") and file this, its original answer, and would respectfully show as follows:

### I.
### ORIGINAL ANSWER

1. Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations contained within Plaintiff's Original Petition and demands strict proof thereon by a preponderance of the evidence in accordance with the laws of the State of Texas.

### II.
### DEMAND FOR JURY TRIAL

2. Defendant demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant GEOVERA SPECIALTY INSURANCE COMPANY respectfully prays that Plaintiff take nothing on her claims against Defendant, that Defendant recover its costs herein, and that it receive such other and further relief, general or special, at law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   /s/ *Rhonda J. Thompson*
      Rhonda J. Thompson
      State Bar No. 24029862
      700 N. Pearl Street, 25th Floor
      Dallas, Texas  75201
      Telephone: (214) 871-8200
      Facsimile:  (214) 871-8209
      Email: rthompson@thompsoncoe.com

Of counsel:
Susan Sparks Usery
State Bar No.:  18880100
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8210
Facsimile:   (713) 403-8299
Email: susery@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT GEOVERA SPECIALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that on the 17th day of June, 2019, a true and correct copy of the foregoing document was delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure as follows:

Maria Gerguis
Richard D. Daly
Daly & Black, PC
2211 Norfolk Street, Suite 800
Houston, Texas 77098
mgerguis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com
*Attorneys for Plaintiff*

        */s/ Rhonda J. Thompson*_____
        Rhonda J. Thompson

2